No. 883. STATNI BANKA CESKOSLOVENSKA *v.* WOL-
CHOK, RECEIVER. Court of Appeals of New York. Cer-
tiorari denied. *Lemuel Skidmore* for petitioner. *Sigmund
Timberg* for respondent. *Solicitor General Cox* filed a
memorandum for the United States in support of
respondent. 

No. 895. FISHER *v.* CITY OF NEW YORK. C. A. 2d
Cir. Certiorari denied. *Albert G. Avery* for petitioner.
*Leo A. Larkin, Seymour B. Quel* and *Fred Iscol* for
respondent. 

No. 913. BANMILLER, WARDEN, *v.* SCOLERI. C. A. 3d
Cir. Certiorari denied. *James C. Crumlish, Jr., Louis F.
McCabe* and *Arlen Specter* for petitioner. 

No. 945. FARBER ET UX. *v.* COMMISSIONER OF INTER-
NAL REVENUE. C. A. 2d Cir. Certiorari denied. *Ber-
nard J. Long* for petitioners. *Solicitor General Cox,
Assistant Attorney General Oberdorfer, Harry Baum* and
*Gilbert E. Andrews* for respondent. 

No. 1017. DONATO *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor
General Cox, Assistant Attorney General Miller, Beatrice
Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1058. GREENE *v.* IMMIGRATION AND NATURALIZA-
TION SERVICE. C. A. 9th Cir. Certiorari denied. *Mor-
ris Lavine* for petitioner. *Solicitor General Cox, Assistant
Attorney General Miller, Beatrice Rosenberg* and *Robert
G. Maysack* for respondent.